IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCHOLLE CORPORATION, | |
| Plaintiff, | Civil Action No. 1:13-CV-03976 |
| v. | |
| RAPAK, LLC, | Judge Virginia M. Kendall |
| Defendant. | |

**DISCOVERY SCHEDULE IN
ACCORDANCE WITH THE LOCAL PATENT RULES**

Pursuant to this Court's order (Doc. #25), the parties hereby separately submit the discovery schedule as called for by the Local Patent Rules. In accordance with Local Patent Rules 2.2 through 2.5, the parties have already exchanged their initial contentions regarding infringement and validity. The remaining dates in accordance with the Local Patent Rules are as follows:

(1) Plaintiff will serve its Final Infringement Contentions under LPR 3.1 not later than January 9, 2014.

(2) Defendant will serve its Final Invalidity and Noninfringement Contentions under LPR 3.1 not later than January 9, 2014.

(3) Plaintiff will serve its response to the Final Invalidity and Noninfringement Contentions of Defendant under LPR 3.2 not later than February 6, 2014.

(4) Defendant will serve its response to the Final Infringement Contentions of Plaintiff under LPR 3.2 not later than February 6, 2014.

(5) The parties will exchange terms they contend require construction under LPR 4.1 not later than February 20, 2014.

(6) According to LPR 4.2, the parties will meet and confer regarding agreement on claim terms that require construction under LPR 4.1 not later than February 27, 2014.

(7) Defendant will file its Opening Claim Construction Brief under LPR 4.2(a) not later than March 27, 2014. At the same time, the parties shall file a Joint Appendix including the patent in suit and file history.

(8) Plaintiff will file its Responsive Claim Construction Brief under LPR 4.2(c) not later than April 24, 2014.

(9) Defendant will file its Reply Claim Construction Brief under LPR 4.2(d) not later than May 8, 2014.

(10) The parties will file a joint claim construction chart and status report under LPR 4.2(f) not later than May 15, 2014.

(11) Pursuant to LPR 4.3, the parties propose that a claim construction hearing should be set for closure of fact discovery not later than June 5, 2014.

(12) Pursuant to LPR 1.3, fact discovery shall close on March 20, 2014 and reopen for a period of forty-two (42) days after entry of the claim construction ruling by the Court.

(13) Pursuant to LPR 3.6, discovery as to an advice of defense shall commence thirty-five (35) days prior to the close of fact discovery set forth in paragraph 11 which is seven (7) days after entry of the claim construction ruling by the Court.

(14) The parties will exchange expert reports under LPR 5.1(b) on issues on which that party bears the burden of proof within twenty-one (21) days after the claim construction ruling or the close of discovery after the claim construction ruling, whichever is later.

(15) The parties will exchange expert rebuttal reports under LPR 5.1(c) within thirty-five (35) days after the date for initial expert reports.

(16) The parties will complete the depositions of expert witnesses under LPR 5.2 within thirty-five (35) days after exchange of expert rebuttal reports.

(17) The parties will file any dispositive motions within twenty-eight (28) days of the close of expert discovery.

Dated: October 2, 2013
Respectfully submitted,

By:   s/ Allan J. Sternstein

Allan J. Sternstein
LATHROP & GAGE LLP
155 North Wacker Drive
Suite 3050
Chicago, Illinois 60606-1787
PH: 312.920.3300
Fax: 312.920.3301

*Attorneys for Plaintiff,
Scholle Corporation*

Respectfully submitted,

By:   s/Kathleen A. Lyons

Keith V. Rockey
Kathleen A. Lyons
Matthew L. De Preter
ROCKEY & LYONS
Two Prudential Plaza
180 N. Stetson, Suite 3500
Chicago, Illinois 60601
PH: (312) 268-5703
Fax: (312) 268-5801

*Attorneys for Defendant,
Rapak, LLC*