IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCHOLLE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAPAK, LLC, )<br>)<br>Defendants. ) | Civil Action No. 1:13-cv-03976<br><br>Judge Virginia M. Kendall<br>Magistrate Judge Jeffrey T. Gilbert |

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, April 15, 2014, at 9:00 a.m., or as soon thereafter as counsel may be heard, defendant's counsel will appear before Judge Virginia M. Kendall or any other Judge sitting in her place and stead, at the United States District Courthouse, 219 South Dearborn Street, Courtroom No. 2319, Chicago, Illinois, and then and there present RAPAK'S MOTION REQUESTING PERMISSION TO SEEK THE CONSTRUCTION OF MORE THAN FIVE CLAIM TERMS PURSUANT TO LOCAL PATENT RULE 4.1, including its memorandum and exhibits, previously filed and served on April 3, 2014 as Document Nos. 66, 68 and 68-1 to 68-4 and previously noticed for hearing on April 9, 2014 (Document No. 67).

Respectfully submitted,

/s/ Keith V. Rockey
KEITH V. ROCKEY (ID #02360624)
KATHLEEN A. LYONS (ID#06186939)
MATTHEW L. DE PRETER (ID#06291503)
 Rockey & Lyons
 180 North Stetson, Suite 3500
 Chicago, Illinois 60601
 Telephone: (312) 268-5703
 Facsimile: (312) 268-5801

Attorneys for Defendant Rapak, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 8, 2014, a true and correct copy of the foregoing AMENDED NOTICE OF MOTION was filed electronically with the Clerk of the Court through the Court's CM/ECF System, which will provide electronic notification of such filings to:

>Allan J. Sternstein, Esq.
>Timothy J. Sendek, Esq.
>Michael Golenson, Esq.
>Sara M. Skulman, Esq.
>LATHROP & GAGE LLP
>155 North Wacker Drive
>Suite 3050
>Chicago, Illinois 60606-1787

>/s/ Keith V. Rockey
>One of the Attorneys for Rapak, LLC