IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCHOLLE CORPORATION, | |
|     Plaintiff, | |
|     v. | Case No. 1:13-CV-03976 |
| RAPAK, LLC, | Judge: Virginia M. Kendall |
|     Defendant. | |

**JOINT MOTION TO DISMISS**

    Pursuant to Federal Rule of Civil Procedure 41, the Plaintiff, Scholle Corporation, by and through its attorneys, and the Defendant, Rapak, LLC, by and through its attorneys jointly move to dismiss the present litigation, case number 1:13-CV-03976, contingent upon (1) dissolution of the preliminary injunction, without costs to either side, and release of the bond and (2) withdrawal of Scholle's motion for contempt (Dkt. #87). The parties have mutually agreed upon settlement of this litigation.

    WHEREFORE, this Court should dissolve the preliminary injunction, release the bond, and dismiss this lawsuit, including all claims and counterclaims, with prejudice, with each party bearing its own costs and fees.

Respectfully submitted,

By: s/ Sara M. Skulman
    Allan J. Sternstein
    asternstein@lathropgage.com
    Renee L. Zipprich
    rzipprich@lathropgage.com
    Timothy K. Sendek
    tsendek@lathropgage.com
    Michael S. Golenson
    mgolenson@lathropgage.com
    Sara M. Skulman
    mskulman@lathropgage.com
    Brittany L. McElmury
    bmcelmury@lathropgage.com

    Lathrop & Gage LLP
    155 N. Wacker Drive, Suite 3000
    Chicago, IL 60606
    Ph. 312.920.3300
    Fax. 312.920.3301

    Attorneys for Plaintiff, Scholle Corporation


By: s/ Peter J. McAndrews
    Timothy J. Malloy
    tmalloy@mcandrews-ip.com
    Peter J. McAndrews
    pmcandrews@mcandrews-ip.com
    Deborah A. Laughton
    dlaughton@mcandrews-ip.com

    McAndrews, Held & Malloy, Ltd.
    500 West Madison St., 34th Floor
    Chicago, IL 60661
    Ph. 312.775.8000

    Attorneys for Defendant, Rapak, LLC