# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division


Scholle Corporation

                    Plaintiff,

v.                                             Case No.: 1:13–cv–03976
                                               Honorable Virginia M. Kendall

Rapak LLC

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, February 27, 2015:


        MINUTE entry before the Honorable Virginia M. Kendall:Joint MOTION by Plaintiff Scholle Corporation to dismiss *(JOINT)*[244] is granted. The preliminary injunction is dissolved by agreement of the parties; each side to cover its own costs. The bond is released. Scholle withdraws its motion for contempt. Civil case terminated. Mailed notice(tsa, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.